■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v ANGEL QUINONES, Appellant. [753 NYS2d 375] —Judgment, Supreme Court, Bronx County (William Mogulescu, J.), rendered August 10, 2000, convicting defendant, after a nonjury trial, of criminal possession of stolen property in the fourth degree and possession of burglar's tools, and sentencing him, as a second felony offender, to concurrent terms of 1½ to 3 years and six months, respectively, unanimously affirmed.

The verdict was not against the weight of the evidence (*see People v Bleakley*, 69 NY2d 490 [1987]). The explanation, offered in defendant's statement to the arresting officer, for his possession of the stolen car, was patently incredible and the court properly rejected it. Concur—Nardelli, J.P., Andrias, Buckley, Rosenberger and Friedman, JJ.